V.R. Bohman, Esq.
Nevada Bar No. 13075
Erin M. Gettel, Esq.
Nevada Bar No. 13877
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.784.5200
Email: vbohman@swlaw.com
egettel@swlaw.com

*Attorneys for Plaintiff Ready Mix Naturals, LLC*

SNELL & WILMER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

READY MIX NATURALS, LLC,

Plaintiff,

v.

GLOBRANDS, LLC, LBC PRODUCTS INC., and LBC PRODUCTS, LLC,

Defendants.

Case No. 2:26-cv-01394-GMN-MDC

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO COMPLETE SERVICE**

**(First Request)**

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Ready Mix Naturals, LLC ("Plaintiff"), by and through their undersigned counsel of record, and Defendants' GloBrands, LLC, LBC Products Inc. and LBC Products, LLC ("Defendants" and together with Plaintiff "Parties"), by and through their undersigned counsel of record, that the time to complete service be extended sixty (60) days from August 3, 2026, to October 2, 2026. The Parties enter this Stipulation because:

1. On May 5, 2026, Plaintiff filed this Action.
2. Immediately thereafter the Parties begin negotiating the resolution of this matter; those negotiations are ongoing.
3. The Parties presently anticipate a complete settlement and resolution of this matter within the next 30 days.

4. Therefore, to avoid needless expenditure of resources and to permit the Parties to remain focused on finalizing the settlement, the Parties agree that the deadline for Plaintiff to complete service is continued from August 3, 2026 to October 2, 2026.

Dated: July 27, 2026

SNELL & WILMER L.L.P.

By: *_/s/ V. R. Bohman_*
V.R. Bohman, Esq.
Erin M. Gettel, Esq.
1700 S Pavilion Center Dr., Ste. 700
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

Dated: July 24, 2026

HOWARD & HOWARD ATTORNEYS, PLLC

By: *_/s/ Seaton J. Curran_*
Seaton J. Curran, Esq.
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, Nevada 89169

*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

______________________________
UNITED STATES MAGISTRATE JUDGE
7-31-26

SNELL & WILMER