SNELL & WILMER L.L.P.
V.R. Bohman (NV Bar No. 13075)
Erin M. Gettel (NV Bar No. 13877)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135-1865
Telephone: 702.784.5200
Email: vbohman@swlaw.com
egettel@swlaw.com

J. Damon Ashcraft (*pro hac vice* forthcoming)
David G. Barker (*pro hac vice* forthcoming)
Robert A. Clarke (*pro hac vice* forthcoming)
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602.382.6000
Email: dashcraft@swlaw.com
dbarker@swlaw.com
rclarke@swlaw.com

Christopher D. Bright (*pro hac vice* forthcoming)
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Email: cbright@swlaw.com

*Attorneys for Plaintiff Ready Mix Naturals, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| READY MIX NATURALS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GLOBRANDS, LLC, LBC PRODUCTS INC., and LBC PRODUCTS, LLC,<br><br>Defendants. | Case No. 2:26-cv-01394-GMN-MDC<br><br>**MOTION TO WITHDRAW COUNSEL** |

Pursuant to LR IA 11-6(b) of the United States District Court, District of Nevada, J. Damon Ashcraft, Esq., David G. Barker, Esq. Robert A. Clark, Esq., and Christopher D. Bright, Esq. of the law firm of Snell & Wilmer L.L.P., respectfully move to withdraw as counsel for Plaintiff Ready Mix Naturals, LLC, as it appears that settlement is imminent.

Attorneys V.R. Bohman, Esq. and Erin Gettel, Esq., also of the law firm of Snell & Wilmer L.L.P., who are admitted to this court, to the Bar of the State of Nevada, and who have appeared as counsel of record, will continue to represent the plaintiff in this matter. Accordingly, under LR IA 11-6(e), there will be no delay, prejudice, or other negative impact caused by the withdrawal.

This Motion has been provided to Plaintiff by their counsel.

Dated August 7, 2026.

SNELL & WILMER L.L.P.

By: */s/ V.R. Bohman*
V.R. Bohman, Esq.
Erin M. Gettel, Esq.
1700 S Pavilion Center Dr., Ste 700.
Las Vegas, NV 89135

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 8-27-26

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **MOTION TO WITHDRAW COUNSEL** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated August 7, 2026.

*/s/ Lyndsey Mosbey*
An employee of SNELL & WILMER L.L.P.